**Tyrone LITTLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 102200

Missouri Court of Appeals,
Eastern District.

FILED: November 17, 2015

ed.

Jessica M. Hathaway, 1010 Market St., Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Rachel Flaster, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Sherri B. Sullivan, P.J., Lisa S. Van Amburg, C.J., and Kurt S. Odenwald, J.

## ORDER

### PER CURIAM

Appellant Tyrone Little ("Little") appeals from the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. On appeal, Little claims the motion court clearly erred in denying his motion without an evidentiary hearing because he alleged facts that, if proven, would entitle him to relief. Specifically, Little asserts that plea counsel rendered ineffective assistance of counsel by unreasonably pressuring Little to plead guilty. Little argues that plea counsel's failure rendered his guilty plea involuntary and unknowing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).